```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 30857
   SANDRA KAY DOE
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3540

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/06/2005 and was confirmed 10/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
HOMEQ SERVICING CORP     CURRENT MORTG         .00            .00           .00
HOMEQ SERVICING CORP     MORTGAGE ARRE    13437.07            .00      13437.07
DUTTON & DUTTON          NOTICE ONLY     NOT FILED            .00           .00
NICOR GAS                UNSEC W/INTER      811.11         109.74        811.11
RICHARD P KOMYATTE & ASS UNSEC W/INTER       50.70           6.81         50.70
MARTIN J OHEARN          DEBTOR ATTY      1,700.00                      1,700.00
TOM VAUGHN               TRUSTEE                                          960.69
DEBTOR REFUND            REFUND                                            11.97

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE           17,088.09

PRIORITY                                        .00
SECURED                                   13,437.07
UNSECURED                                    861.81
    INTEREST                                 116.55
ADMINISTRATIVE                             1,700.00
TRUSTEE COMPENSATION                         960.69
DEBTOR REFUND                                 11.97
                  --------------         --------------
TOTALS            17,088.09               17,088.09
```

          PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 30857 SANDRA KAY DOE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/24/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |